Decided November 7, 2006

## JOHN DOE *v.* HARTFORD ROMAN CATHOLIC DIOCESAN CORPORATION ET AL.

The petition by the proposed intervenor Roger J. Frechette for certification for appeal from the Appellate Court, 96 Conn. App. 496 (AC 26949), is denied.

*Roger J. Frechette*, pro se, in support of the petition.

*Lorinda S. Coon*, in opposition.

Decided November 7, 2006

## ANDREA BUCCHERE ET AL. *v.* BRINKER INTERNATIONAL, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 27748) is granted, limited to the following issue:

"Is an order denying a motion for class certification a final judgment for purposes of appeal?"

The Supreme Court docket number is SC 17770.

*Anthony J. Pantuso III*, in support of the petition.

*Margaret J. Strange* filed a concurring response to the petition.

Decided November 7, 2006